NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**SYLVESTER WILLIAMS, JR.,**
*Petitioner*

**v.**

**UNITED STATES POSTAL SERVICE,**
*Respondent*

---

2015-3163

---

Petition for review of the Merit Systems Protection Board in No. DE-0752-13-0322-I-1.

---

**JUDGMENT**

---

PAUL MICHAEL SCHOENHARD, Ropes & Gray LLP, Washington, DC, argued for petitioner. Also represented by SAMUEL LAWRENCE BRENNER, Boston, MA.

DANIEL S. HERZFELD, Commercial Litigation Branch, Civil Division, United States Department of Justice, Washington, DC, argued for respondent. Also represented by BENJAMIN C. MIZER, ROBERT E. KIRSCHMAN, JR., ELIZABETH M. HOSFORD; ALICE L.A. COVINGTON, Office of the General Counsel, United States Postal Service, Washington, DC.

———————————

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:


PER CURIAM (NEWMAN, MOORE, and O'MALLEY, *Circuit Judges*).

**AFFIRMED. *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT


July 19, 2016
Date

/s/ Peter R. Marksteiner
Peter R. Marksteiner
Clerk of Court